■ In the Matter of WILLIAM J. DROHAN, for Reinstatement. —Petitioner's motion granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York effective immediately. Concur—Sandler, J. P., Milonas, Ellerin, Wallach and Smith, JJ.